SO ORDERED: January 3, 2020.



**Andrea K. McCord**
**United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER: 19-71470-AKM-7A |
| Aaron Strahl ) | CHAPTER: 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT OF REAL ESTATE**

THIS MATTER comes before the Court on the Motion for Relief from Stay and for Abandonment of Real Estate (with 30 Day Waiver) of Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter referred to as "Mr. Cooper"), seeking relief from the Stay previously in effect herein.

1. On November 20, 2019, Aaron Strahl (hereinafter referred to as the "Debtor") filed a Petition under Chapter 7 of the Bankruptcy Code in this Court under the above denominated case number.

2. On December 19, 2019, Mr. Cooper, a secured creditor, filed its Motion for Relief from Stay and for Abandonment of Real Estate (with 30 Day Waiver) on real estate more particularly described as follows:

ALL THAT PARCEL OF LAND IN COUNTY OF PERRY, STATE OF INDIANA AS MORE FULLY DESCRIBED IN DOCUMENT 2005R-30321 AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: A PART OF THE NORTHEAST QUARTER OF SECTION 3, TOWNSHIP 3, TOWNSHIP 7 SOUTH, RANGE 3 WEST, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A STEEL CHANNEL AT THE SOUTHEAST CORNER OF THE NORTHEAST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION; THENCE ALONG THE QUARTER QUARTER LINE NORTH 89 DEGREES 20 MINUTES 15 SECONDS WEST (AN ASSUMED BEARING AND THE BASIS OF ALL BEARINGS USED FOR THIS DESCRIPTION) 814.00 FEET TO A 5/8 INCH REBAR AT THE NORTHEAST CORNER OF OUTLOT 771 AND THE TRUE POINT OF BEGINNING OF THE TRACT HEREIN DESCRIBED; THENCE ALONG THE QUARTER QUARTER LINE NORTH 89 DEGREES 20 MINUTES 15 SECONDS WEST 551.94 FEET TO A 5/8 INCH REBAR; THENCE SOUTH 0 DEGREES 43 MINUTES 51 SECONDS WEST 8.39 FEET TO THE CENTER OF A DITCH; THENCE ALONG THE CENTER OF SAID DITCH THE FOLLOWING SIX COURSES: 1) SOUTH 63 DEGREES 18 MINUTES 52 SECONDS EAST 84.87 FEET; THENCE 2) SOUTH 32 DEGREES 01 MINUTES 10 SECONDS EAST 69.43 FEET; THENCE 3) SOUTH 80 DEGREES 48 MINUTES 29 SECONDS EAST 40.24 FEET TO A 5/8 INCH REBAR; THENCE 4) SOUTH 51 DEGREES 07 MINUTES 44 SECONDS EAST 120.79 FEET TO A 5/8 INCH REBAR; THENCE 5) NORTH 71 DEGREES 52 MINUTES 47 SECONDS EAST 61.04 FEET TO A

5/8 INCH REBAR; THENCE 6) SOUTH 58 DEGREES 06 MINUTES 39 SECONDS EAST 174.35 FEET TO THE EAST LINE OF OUTLOT 771; THENCE LEAVING SAID DITCH NORTH 21 DEGREES 22 MINUTES 38 SECONDS EAST 273.14 FEET TO THE POINT OF BEGINNING AND CONTAINING 1.766 ACRES MORE OR LESS AND SUBJECT TO ALL RIGHT OF WAYS OF EASEMENTS OF RECORD.

and commonly known as: 4800 Sapphire Rd, Cannelton, IN 47520-6857.

3. Objections to the Motion were due January 2, 2020.

THEREFORE, the Court ORDERS, ADJUDGES, AND DECREES as follows:

A. The automatic stay, presently in effect, shall be, and hereby is, modified so as to permit Mr. Cooper, and its successors and/or assignees, to pursue any and all legal and equitable remedies available to foreclose on its mortgage lien and security interest existing prior or pursuant to this Order, including, without limitation, the right to initiate a foreclosure proceeding; the right to proceed with any foreclosure proceeding instituted but otherwise stayed as a result of the filing of Debtor's Bankruptcy petition; the right to obtain a foreclosure judgment pursuant to any such proceedings; and the right to praecipe for, and bid at a Sheriff's Sale of the Real Estate or other collateral encumbered by any lien or security interest of Mr. Cooper.

B. All communications including, but not limited to, notices required by state law, sent by Creditor in connection with proceeding against the property may be sent directly to the Debtor.

C. The Real Estate, as is more particularly described above, is hereby abandoned as an asset of the Debtor's estate.

D. The 14 day stay of the Order imposed by Bankruptcy Rule 4001(a)(3) is waived.

###